IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| VINCENT E. LOGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 114-119 |
| | ) | |
| SUSIE BEHLING and JAMES JOSEPH | ) | |
| BROWN (Expired), | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. Although he did not file objections, Plaintiff filed a motion dated July 21, 2014, the deadline for submitting objections. (Doc. no. 10.) Like Plaintiff's previous filings, it is mostly incoherent and nonsensical, but Plaintiff does therein request an extension to file objections. (See id.) Because the Magistrate Judge found the allegations in the complaint to be "baseless, fanciful, fantastic, and delusional" (doc. no. 8, p. 4), any objections Plaintiff may file cannot change the result. Since nothing in Plaintiff's motion indicates to the Court that his allegations are grounded in reality, the Court **DENIES** the motion. Accordingly, the Court **ADOPTS** the R&R of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint, **DENIES** his motion for review of carriers, and **CLOSES** this civil action.

SO ORDERED this 31st day of July, 2014, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA